**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

SIDNEY WELCH AND
SHAUNA WELCH, *Individually and
on behalf of M.W., a Minor*                                    **PLAINTIFFS**

**V.**                                          **CAUSE NO. 3:18CV208-DMB-JMV**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                             **DEFENDANT**

**ORDER SEALING FILINGS
AND REQUIRING REFILING IN REDACTED FORM**

The Complaint [1] in this matter was filed in contravention of Rule 5.2 of the *Federal Rules of Civil Procedures*.   Pursuant to Rule 5.2, a party making a filing with the Court may only include a minor's initials.   FED.R.CIV.P. 5.2(a)(3).   Because the style of the case contained in the Complaint includes the full name of a person alleged to be a minor, this document will be sealed.   Further, all documents filed subsequently that include the full name of the minor will be sealed, and these documents, along with the Complaint, **must be submitted to the Clerk in redacted form** for refiling in accordance with Rule 5.2 within 5 business days of this date.

**THEREFORE, IT IS ORDERED:**

1.   That the Clerk shall forthwith **SEAL** the following documents: [1], [2], [3], [4], [6], [7], [8], [9], [10], [11], [12], [13], [14], [15], [16], [17], [18].

2.   That the filing party of documents [1], [3], [4], [6], [7], [8], [9], [10], [11], [12], [13], [14], [15], [16], [17], and [18] must, within 5 business days of this date, **submit to the Clerk (as opposed to filing)** a redacted version of that document that complies with the requirements of Rule 5.2(a)(3).

3.   That the Clerk shall, immediately upon receipt, docket the redacted version of the documents as attachments to their sealed counterparts, but as fully accessible by the public.

4. That with respect to documents [2] and [8], the Clerk shall, on a copy of the document, mark through the name of the minor, leaving only the minor's initials, and docket the redacted copy in accordance with the instructions in 3 above.

5. **That all future filings in this case must comply with Rule 5.2(a)(3)**, and counsel must ensure that their respective offices are aware of the requirements of this order.

6. That the parties are warned that failure to timey comply with this order may subject the filer to appropriate sanctions.

**SO ORDERED** this 4th day of January, 2019.


/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE